UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IDA HAWKINS, CHARLOTTE HAWKINS, and CHRISTOPHER HAWKINS, in their individual and representative capacities<br>　　　　　Plaintiffs | * * * * * | |
| VERSUS | * * | CIVIL ACTION NO. 3:14-cv-00125 |
| CLINICAL PARTNERS-LOUISIANA, PLLC<br>　　　　　Defendant | * * | |

**************************************************************************

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Ida Hawkins, Charlotte Hawkins and Christopher Hawkins, in their individual and representative capacities, who aver that they no longer desire to pursue this matter and therefore respectfully requests an Order dismissing the above captioned matter without prejudice.

**WHEREFORE**, plaintiffs pray that this Court issue an Order dismissing the above captioned matter, without prejudice, each party to bear their own costs.

Respectfully submitted,

/s/ *Ravi K. Sangisetty*  .
Ravi K. Sangisetty (#30709)
Sangisetty Law Firm, LLC
935 Gravier St., Suite 835
New Orleans, LA 70112
Telephone:   504/662-1016
Fax:         504/662-1318
Email:       rks@sangisettylaw.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was filed using the Court's CM/ECF system.  All counsel will be notified via the Court's system.  A copy of the foregoing has been served on all parties not on the Court's electronic system by facsimile, electronic mail, and/or US Mail, and/or US Mail, this 22nd day of July, 2015.

　　　　*/s/ Ravi K. Sangisetty*   .
　　　　**RAVI K. SANGISETTY**