UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IDA HAWKINS, CHARLOTTE HAWKINS, and CHRISTOPHER HAWKINS, in their individual and representative capacities<br>**Plaintiffs** | |
| VERSUS | CIVIL ACTION NO. 3:14-cv-00125 |
| CLINICAL PARTNERS-LOUISIANA, PLLC<br>**Defendant** | DISTRICT JUDGE: DONALD E. WALTER<br>MAGISTRATE JUDGE: KAREN L. HAYES |

## ORDER

Considering the foregoing Motion to Dismiss, it is the ORDER of this Court that the above captioned matter be and is hereby DISMISSED, without prejudice, each party to bear their own costs.

Monroe, Louisiana, on the 23rd day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE